# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of July, two thousand and fifteen.

_____

Xin Hengda Imp & Exp Co., Ltd.,

Plaintiff-Appellant,

v.

Sterling National Bank, as assignee of Sterling Factors Corporation,

Defendant-Appellee.

_____

**ORDER**
Docket No. 15-1810

A notice of appeal was filed on June 2, 2015. Appellant's brief and appendix, due July 23, 2015, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective August 11, 2015 if the brief and appendix are not filed by that date. No extension of time to file will be granted.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

